Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
21163 Newport Coast Drive #206
Newport Coast, CA 92657
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lok T. Lau,<br><br>           Plaintiff,<br>v.<br><br>181 Fremont Office LLC,<br><br>           Defendant. | Case No. 3:23-cv-06143-CRB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Lok T. Lau hereby notifies the Court that the parties have reached a global settlement in this case. Plaintiff will file dispositional documents no more than 30 days from today's date.

Respectfully submitted,

Dated: May 15, 2025                                      Law Office of Rick Morin, PC

                                                                       _____
                                                                       By: Richard Morin
                                                                       Attorney for Plaintiff