Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
21163 Newport Coast Drive #206
Newport Coast, CA 92657
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lok T. Lau,<br><br>        Plaintiff,<br>    v.<br><br>181 Fremont Office LLC,<br><br>        Defendant. | Case No. 3:23-cv-06143-CRB<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE**: ORDER |

Plaintiff Lok T. Lau and Defendant 181 Fremont Office LLC hereby stipulate and agree to dismiss this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: May 27, 2025                                                                 Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Plaintiff

Dated: May 27, 2025                                                                 Sheppard, Mullin, Richter & Hampton LLP

_____
By: Gregory Hurley
Attorney for Defendant

Date: June 3, 2025

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---
STIPULATION FOR DISMISSAL

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in its contents and have authorized the filing.

Dated: May 27, 2025                                  Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Plaintiff